La Iglesia Católica de Manatí, Demandante y Apelante, *v.* Arroyo, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de Arecibo en pleito sobre acción reivindicatoria.

No. 2006.—Resuelto en junio 13, 1919.

Desestimación por la Corte—Abandono del Pleito.—Resultando de la transcripción de los autos que desde el 16 de mayo de 1917 estaba en condiciones de celebrarse el juicio y que desde entonces hasta la fecha de la resolución apelada habían transcurrido veinte meses y algunos días sin celebrarse; *se resolvió:* que el tiempo transcurrido es suficiente para justificar a la corte inferior en su resolución desestimando la acción por abandono, pues si bien existe un escrito de ambas partes pidiendo la suspensión del juicio señalado para el día 13 de noviembre de 1918 no puede tenerse en cuenta por no saberse si fué presentado antes del día del juicio y la resolución que a él recayera.

Los hechos están expresados en la opinión.
Abogado de la apelante: *Sr. José Martínez Dávila.*
Abogado del apelado: *Sr. Pedro González.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Todo lo que conocemos de este pleito por la transcripción que del mismo nos ha sido presentada es que iniciado en 26 de abril de 1917, contestada la demanda en 16 de mayo siguiente y comparecido la sucesión del demandado en octubre del mismo año por la muerte de su causante, en 2 de

noviembre de 1918, ambas partes suscribieron un escrito en el que, alegando que el juicio estaba señalado para el día 13 de dicho mes y año y que el abogado del demandante no podría concurrir a él, a causa de sus ocupaciones, pidieron de común acuerdo que fuera suspendido. No consta la fecha de presentación de ese escrito ni hay en la transcripción ninguna otra actuación con excepción de la resolución de la corte inferior de fecha 14 de febrero de 1919 desestimando el pleito por abandono de la acción, y el escrito del demandante apelando de ella.

Según la resolución apelada el día en que se dictó estaba señalado el juicio y no compareció ninguna de las partes, habían tenido lugar diversas suspensiones en todos los términos desde octubre de 1918 y en noviembre de 1918 se había dictado sentencia de desistimiento por abandono de la acción por no haber concurrido al juicio las partes, sentencia que luego se dejó sin efecto.

Ateniéndonos solamente a las constancias que se nos han presentado del pleito resulta de ellas que desde el 16 de mayo de 1917 estaba en condiciones de celebrarse el juicio y que desde entonces hasta la fecha de la resolución apelada habían transcurrido veinte meses y. algunos días sin celebrarse, tiempo suficiente para justificar a la corte inferior en su resolución desestimando la acción por abandono, pues si bien existe un escrito de ambas partes pidiendo la suspensión del juicio señalado para el día 13 de noviembre de 1918 no podemos tenerlo en cuenta porque ignoramos si fué presentado antes del día del juicio y la resolución que a él recayera.

La parte apelante hubiera debido presentarnos las actuaciones necesarias para demostrarnos que el pleito no estuvo abandonado por tanto tiempo como aparece de la transcripción y que en octubre de 1918 no se había dictado sentencia por abandono por incomparecencia al juicio del demandante ni tuvo diversas suspensiones en todos los términos desde

octubre de 1918 en adelante, como expone el juez inferior como fundamento de su resolución objeto de la apelación.

Por tales razones debemos confirmar la resolución apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Hutchison.

El Juez Presidente Sr. Hernández no intervino en la resolución de este caso.